◣GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**KEITH BERNARD HILL**

Crim. No.   5:05-CR-00006-001 (MTT)

On May 29, 2020, the supervised release period of 60 months commenced. Keith Bernard Hill has complied with the rules and regulations of supervised release, he has met the criteria for early termination in accordance with the Chief U.S. Probation Officer's exception to the national probation policy as outlined in the *Guide to Judiciary Policy*; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and he is no longer in need of supervision. Accordingly, it is recommended Keith Bernard Hill be discharged from supervision.

Respectfully submitted,

James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   28th   day of   July  , 2023.

S/ Marc T. Treadwell

MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE